Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C. App. 4, 101-112)

| AO-10 Rev. 1/97 | **FINANCIAL DISCLOSURE REPORT** FOR CALENDAR YEAR 2006 |
|---|---|

| 1. Person Reporting (Last name, first, middle initial) KEARSE, AMALYA L. | 2. Court or Organization COURT OF APPEALS, 2D CIRCUIT | 3. Date of Report 05/01/07 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) U.S. CIRCUIT JUDGE | 5. Report Type (check appropriate type) ___ Nomination, Date __/__/ ___ Initial _X_ Annual ___ Final | 6. Reporting Period 01/01/06 - 12/31/06 |
|---|---|---|

| 7. Chambers or Office Address U.S. COURTHOUSE FOLEY SQUARE NEW YORK, NEW YORK 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |
|---|---|

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] **NONE** (No reportable positions) | |
| Trustee, Director | ███████████ Memorial Scholarship Fund |

2007 MAY -1 A 9: 42 FINANCIAL DISCLOSURE OFFICE RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [ ] **NONE** (No reportable agreements) | |
| '69, '79 | Hughes Hubbard & Reed - ███████████ Return of July 1979 Re |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [X] **NONE** (No reportable non-investment income) | | |
| 1 | | $_____ |
| 2 | | $_____ |
| 3 | | $_____ |
| 4 | | $_____ |
| 5 | | $_____ |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | KEARSE, AMALYA L. | 05/01/07 |

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

SOURCE                                                         DESCRIPTION

| | **X** | **NONE** (No such reportable reimbursements or gifts) |
|---|---|---|

1

2

3

4

5

6

7

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

SOURCE                                    DESCRIPTION                                    VALUE

| | **X** | **NONE** (No such reportable gifts) |
|---|---|---|

1

2   $

3   $

4   $

$

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

CREDITOR                                    DESCRIPTION                          VALUE CODE*

| | **X** | **NONE** (No reportable liabilities) |
|---|---|---|

1

2

3

4

5

6

*Value Codes: J=$15,000 or less    K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| KEARSE, AMALYA L. | 05/01/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value2 Code (J-P) | (2) Value Method3 Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1  Clinton Assoc. Ptnp | A | Distribu | J | W | | | | | |
| 2  Int'l Constructors Ptnp | B | Distribu | J | W | | | | | |
| 3  T Rowe Price Eq Inc Mutual Fund | A | Dividend | J | T | | | | | |
| 4  Urban Improvement 1975 Ptnp | A | Distribu | J | W | | | | | |
| 5  Janus Twenty Mutual Fund | A | Dividend | J | T | SoldPt | 05/02 | J | | |
| 6  IRA Janus Fund | A | Dividend | J | T | | | | | |
| 7  IRA Janus MidCap Value Fund | D | Dividend | L | T | | | | | |
| 8  IRA T Rowe Price MidCap Value Fund | | None | K | T | | | | | |
| 9  Janus Money Market Fund | A | Dividend | J | T | | | | | |
| 10 T Rowe Price Money Market Fund | A | Dividend | J | T | | | | | |
| 11 T Rowe Price MidCap Growth Fund | C | Dividend | L | T | | | | | |
| 12 Citibank Money Market | A | Interest | J | T | | | | | |
| 13 Scientific Atlanta Co. | A | Dividend | | | SeeNote | | | | |
| 14 Scientific Atlanta Co. | A | Dividend | | | Merger | 2/27 | K | D | |
| 15 Legg Mason Value Fund | | None | K | T | | | | | |
| 16 LSI Logic | | None | K | T | SoldPt | 05/05 | K | | |
| 17 Wasatch Core Growth | | None | | | SoldAll | 10/12 | K | C | |
| 18 Bear Stearns Money Market Portfolio | A | Dividend | J | T | | | | | |

1 Inc/Gain Cds: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1,D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Cds:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1,D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Cds:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt.1 Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value2 Code (J-P) | (2) Value Method3 Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 19 IndyMac Bancorp | B | Dividend | M | T | | | | | |
| 20 Indymac Bancorp - See Note | B | Distribu | | | | | | | |
| 21 Selected American Shares | A | Dividend | L | T | | | | | |
| 22 Selected Special Shares | B | Dividend | K | T | | | | | |
| 23 T Rowe Price Media & Telecom. Fund | | None | J | T | | | | | |
| 24 Liberty Media A - See Note | | None | | | Exchang | 5/11 | | | |
| 25 Liberty Media Holding (LINTA), corp exch fr Liberty Media A | | None | J | T | Exchang | 5/11 | J | | |
| 26 Liberty Media Holding (LCAPA), corp exch fr Liberty Media A | | None | J | T | Exchang | 5/11 | J | | |
| 27 Discovery A Holding Co., spinoff of Liberty Media A | | None | J | T | | | | | |
| 28 Immunicon | | None | J | T | | | | | |
| 29 Veeco Instruments | | None | K | T | | | | | |
| 30 Checkpoint Systems Inc. | | None | K | T | | | | | |
| 31 Cisco Systems | | None | K | T | Bot | 3/15 | K | | |
| 32 Deutsche Telekom AG | A | Distribu | K | T | Bot | 3/15 | K | | |
| 33 Intel Corp. | A | Dividend | K | T | Bot | 05/05 | K | | |
| 34 Taiwan Semiconductor Mfg Co | | None | J | T | Bot | 11/10 | J | | |
| 35 Janus MidCap Value Fund (non-IRA) | A | Dividend | J | T | Bot | 05/02 | J | | |
| 36 Alpine Dynamic Dividend Fund | A | Dividend | J | T | Bot | 11/06 | J | | |

| 1 Inc/Gain Cds: (Col. B1,D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 | E=$15,001-$50,000 H2=$5,000,001 or more |
|---|---|---|---|
| 2 Val Cds: (Col. C1;D3) | J=$15,000 or less O=$500,001-$1,000,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 P1=$1,000,001-$5,000,000 P4=$50,000,001 or more | N=$250,001-$500,000 P2=$5,000,001-$25,000,000 |
| 3 Val Mth Cds: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amt. Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method 3 Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 37 Vanguard Value Index Fund | A | Dividend | J | T | Bot | 11/17 | J | | |
| 38 | | | | | | | | | |
| 39 | | | | | | | | | |
| 40 | | | | | | | | | |
| 41 | | | | | | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |
| 52 | | | | | | | | | |
| 53 | | | | | | | | | |
| 54 | | | | | | | | | |

| 1 Inc/Gain Cds: (Col. B1,D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 C=$2,501-$5,000 G=$100,001-$1,000,000 | D=$5,001-$15,000 H1=$1,000,001-$5,000,000 | E=$15,001-$50,000 H2=$5,000,001 or more |
| --- | --- | --- | --- | --- |
| 2 Val Cds: (Col. C1,D3) | J=$15,000 or less O=$500,001-$1,000,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=$50,000,001 or more | M=$100,000-$250,000 N=$250,001-$500,000 P2=$5,000,001-$25,000,000 | |
| 3 Val Mth Cds: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assesment W=Estimated | T=Cash/Market |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | KEARSE, AMALYA L. | 05/01/07 |

## VIII.  ADDITIONAL INFORMATION or EXPLANATIONS.  (Indicate part of Report.)

All Explanations are re Part VII:

All investments shown in previous report as having no value at end of the prior reporting period were sold, dissolved, or otherwise disposed of during that period and have been deleted from form.

Some shares of Scientific Atlanta were donated to charity in early February 2006.  The remaining shares were acquired by Cisco Systems in its merger with Scientific Atlanta on February 27.  The gain on the shares taken by Cisco was calculated pursuant to section 311 of the Taxpayer Relief Act of 1997.

Two entries are shown for IndyMac Bancorp because of the different types of income distributed ((1) dividends, and (2) return of capital, shown as a distribution).  There were no transactions in this stock in 2006.  The total value of the IndyMac shares is shown only once, in Line 21.

Liberty Media A, on 5/11, divided itself into two tracking stocks (both called Liberty Media Holding) whose symbols were "LINTA" and "LCAPA," resulting in a forced exchange of the Liberty Media shares for shares in LINTA and LCAPA. Accordingly, Liberty Media is no longer an asset and will no longer be listed in these reports.

Any multiple entries for the same security, required in prior report because they were purchased on different dates or gave different types of "income," have been consolidated.

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date __May 1, 2007__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544